**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **WINTER ALEXANDER RIVADENEIRA URDIALES,**<br><br>Plaintiff,<br><br>*v.*<br><br>**WARDEN JAMAL JAMISON, et al.,**<br><br>Defendants. | **CIVIL ACTION**<br><br>**NO. 26-8049-KSM** |

**ORDER**

**AND NOW**, this 16th day of November 2026, upon consideration of the parties' Stipulation and Request for an Order of Confidentiality (Doc. No. 8), it is **ORDERED** that the Request is **DENIED**.[1]

**IT IS SO ORDERED.**

/s/ Karen Spencer Marston
KAREN SPENCER MARSTON, J.

[1] The parties' stipulation requests that the Court issue an order designating Respondents' production of body worn camera footage as "confidential" and not subject to public disclosure. (Doc. No. 8.) Although the parties are free to stipulate to confidentiality amongst themselves, the Court cannot enter an order approving the stipulation without an appropriate motion discussing the factors outlined in *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 783–92 (3d Cir. 1994) and *In re Avandia Marketing Sales Practices and Products Liability Litigation*, 924 F.3d 662, 670 (3d Cir. 2019).